SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002

OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

Filed  12-19-07
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

Western DISTRICT OF Texas

UNITED STATES OF AMERICA
V.
CHARLES WAYNE CARMONY

CRIMINAL COMPLAINT

Case Number: SA 07-788M

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 27, 2006** (Date) in **Bexar** County, in the **Western** District of **Texas** defendant(s) did,

(Track Statutory Language of Offense)

knowingly and intentionally traveled in interstate commerce, specifically from other states into the State of Texas for the purpose of engaging in illicit sexual conduct with another person specifically sexual intercourse with CV1-a minor female.

in violation of Title **18** United States Code, Section(s) **2423(b)**.

I further state that I am a(n) **FBI Special Agent** (Official Title) and that this complaint is based on the following facts:

SEE ATTACHED FACTS

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

LARRY BAKER
Printed Name of Complainant

Sworn to before me and signed in my presence,

12-19-07                             at    San Antonio, Texas
Date                                        City                State

NANCY S. NOWAK          U.S. Magistrate Judge       _____
Name of Judge           Title of Judge              Signature of Judge

## Affidavit in Support of Criminal Complaint

1. I, LARRY BAKER, being duly sworn, do hereby depose and state as follows:

2. I, LARRY BAKER, have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since January 1999. I have participated in a number of investigations of violations of federal criminal laws during my career as a Special Agent of the FBI. The following affidavit is submitted in support of a criminal complaint.

3. The following information is derived from my personal observations, as well as the review of reports of, and discussions with other officers and individuals who have personal knowledge of the matters covered in those reports and discussions, and from conversations with persons, further identified below, who have personal knowledge of the events described herein.

4. On May 27, 2006, Charles Wayne Carmony, date of birth ▮▮▮▮▮▮▮, residential address ▮▮▮▮▮▮▮▮▮▮, Kentucky, was arrested by a deputy of the Comal County, Texas, Sheriff's Office for possessing no driver's license and wrong, clean or fictitious license plates. At the time of arrest, a minor female, born in 1991, a resident of San Antonio, Texas referred to in this affidavit as CV1, was with Carmony. Subsequent questioning by the CCSO deputy revealed that Carmony was 41 years of age and CV1 was 15 years of age and the two had engaged in a sexual relationship.

5. CV1 was interviewed by detectives of the San Antonio, Texas, Police Department (SAPD) on June 15, 2006. During the interview, CV1 advised detectives that CV1 and Carmony met via an Internet "chat" room when CV1 was 13 years of age. During this initial meeting, CV1 advised Carmony that she was 14 years of age and Carmony advised CV1 that he was 19 years of age. CV1 advised that Carmony traveled to San Antonio, Texas, on multiple occasions to engage in sexual

intercourse with CV1.

6. CV1 was interviewed by Affiant and Special Agent Rex Miller of the FBI on December 6, 2007. During this interview, CV1 advised that Carmony had traveled multiple times from other states to San Antonio, Texas, to engage in sexual intercourse with CV1 in 2005 and 2006. CV1 advised that before Carmony's arrest on May 27, 2006, CV1 and Carmony engaged in sexual intercourse each time Carmony traveled to San Antonio, Texas, to visit CV1, including this current trip. CV1 advised that CV1 and Carmony engaged in sexual intercourse in a number of locations in the San Antonio, Texas, area, to include the EconoLodge hotel near Ingram Park Mall in San Antonio, Texas.

7. A review by Affiant of information stored on the customer database of the Econo Lodge at Ingram-Park, 6360 N.W. Loop 410, San Antonio, Texas, revealed that Carmony obtained lodging at this facility on the following dates: August 15-16, 2005, October 25-28, 2005, and July 20, 2006.

8. CV1 also advised Affiant that Carmony directed CV1 to manufacture nude and sexually explicit images and videos of herself and to transmit those images and videos to Carmony via the Internet. CV1 also advised that she transmitted nude and sexually explicit images of herself to Carmony's cellular telephone via cellular telephones that Carmony had purchased for CV1.

9. CV1 advised that Carmony provided CV1 with numerous gifts, to include: gold necklace, a gold tennis bracelet, a diamond engagement ring, two cellular telephones, and a Harley-Davidson motorcycle. Affiant has observed one of cellular telephones and the Harley-Davidson motorcycle in CV1's possession.

10. Affiant has reviewed telephonic conversations between Carmony and his wife, Allyson Carmony, through the Bexar County, Texas, Adult Detention Center's telephone system. These calls are recorded and monitored and both parties are notified of this fact before the call is allowed to

commence. This review has revealed that on September 26, 2007, Allyson Carmony viewed numerous nude and sexually-explicit images of CV1 that were stored on Carmony's computer system. These telephonic conversations also reveal that Allyson Carmony is aware that Carmony and CV1 engaged in a sexual relationship.

11. Allyson Carmony was interviewed by Special Agents W. Cory King and James R. Walsh of the FBI on December 4, 2007. During this interview, Allyson Carmony advised that she was in possession of a CD-ROM containing image files depicting a nude CV1. Allyson Carmony advised that she placed the images of CV1, which were housed on a laptop owned by Carmony, onto the CD-ROM. Allyson Carmony provided the CD-ROM to the Agents at the conclusion of the interview.

12. Affiant has reviewed the contents of the CD-ROM and some of the image files stored on the CD-ROM do depict CV1 in nude or partially-clothed state.

FURTHER AFFIANT SAYETH NOT,

_____
LARRY BAKER
Special Agent, FBI

Signed and sworn before me this ___19___ day of December, 2007.

_____
NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE

3